THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Entwistle
 Builders, Inc., A South Carolina Corporation, Appellant,
 v.
 Mark Steele
 Harris, Respondent,
 v. 
 James M. Entwistle, 
 individually, Defendant.       
 
 
 

Appeal From Charleston County
 Mikell R. Scarborough, Circuit Court
 Judge
Unpublished Opinion No.  2009-UP-583
Submitted December 1, 2009  Filed
 December 14, 2009
AFFIRMED

 
 
 
 William A. Scott, of Charleston, for Appellant.
 Michael D. Moore, of Ridgeville, for Respondent.
 
 
 

PER CURIAM:  Entwistle Builders, Inc. (Entwistle) appeals an arbitration award entered in
 favor of Mark Steele Harris and the trial court's order denying Entwistle's
 motion to vacate the award.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:   Trident Technical Coll. v. Lucas & Stubbs, Ltd., 286 S.C. 98, 111, 333 S.E.2d 781, 789 (1985) (noting arbitrators need not specify their
 reasoning or the basis of an award so long as the factual inferences and legal
 conclusions supporting the award are barely colorable);  Weimer v. Jones,
 364 S.C. 78, 80, 610 S.E.2d 850, 852 (Ct. App. 2005) (holding absent statutory
 grounds, an arbitration award will be vacated only on the ground of
 "manifest disregard or perverse misconstruction of the law");  Harris v. Bennett, 332 S.C. 238, 243, 503 S.E.2d 782, 785
 (Ct. App. 1998) (stating an appellate court need not review the merits of the decision if an issue is
 within the scope of the arbitration agreement).  
AFFIRMED.
SHORT,
 THOMAS, and KONDUROS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.